## IN THE SUPERIOR COURT OF ROCKDALE COUNTY
### STATE OF GEORGIA

LORENZO and SONYA SADLER       :

     Plaintiffs,                 :

                           :

v.                              :      Case No.

                           :      HON.

BANK OF AMERICA HOME LOANS,    :

NATIONSTAR MORTGAGE LLC,        :

FREDDIE MAC, MCCALLA RAYMER, LLC.   :

     Defendant(s).

---

J. G. DAVIS & ASSOCIATES, LLC
By:  JOSHUA G. DAVIS (#514674)
Attorney for Plaintiff
P.O. Box 7309
Atlanta, GA 30357
Phone: (855) 543-2847
Fax:    (855) 814-3619

---

### NOTICE OF LIS PENDENS AND NOTICE OF ACTION PENDING

     Notice is given that the above-styled case is pending in the Superior Court of Rockdale County concerning Lorenzo and Sonya Sadler, Plaintiffs, against above Defendants.  The action affects title to Plaintiffs' property identified in Plaintiffs' Complaint in the above action.  The real property affected by the action is located in Gwinnett County, Georgia, which is commonly known as: 4390 Summit Heights Dr, Snellville, Georgia, 30039, and is legally described as follows: All that tract or parcel of land lying and being in Land Lots 179, 16th District, Rockdale County, Georgia, and being shown as Lot 27, The Falls at Bridgewater, Unit Two, on a plat of survey of same recorded in Plat Book 29, Page 203, public records of Rockdale County, Georgia.

This ___ day of August, 2012

                                    Respectfully Submitted,

                                    JOSHUA G. DAVIS
                                    Bar No.: 514674

IN THE SUPERIOR COURT OF ROCKDALE COUNTY
STATE OF GEORGIA

LORENZO and SONYA SADLER          :
                                                      :
        Plaintiffs,                             :
                                                      :
v.                                                    :        Case No.
                                                      :        HON.
BANK OF AMERICA HOME LOANS,    :
NATIONSTAR MORTGAGE LLC,          :
FREDDIE MAC, MCCALLA RAYMER, LLC. :
                                                      :
        Defendant(s).                        :

---

J. G. DAVIS & ASSOCIATES, LLC
By: JOSHUA G. DAVIS (#514674)
Attorney for Plaintiff
P.O. Box 7309
Atlanta, GA 30357
Phone: (855) 543-2847
Fax:    (855) 814-3619

---

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I served the Defendants, with a copy of the within

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF, along with this CERTIFICATE

OF SERVICE, on:

CT Corporation System,
1201 Peachtree Street, NE,
Atlanta, GA 30361

Corporation Service Company
40 Technology Pkwy S, Suite 300
Norcross, GA 30092

Freddie Mac Modification Program
2300 Windy Ridge Pkwy SE
Suite 200 North Tower
Atlanta, GA 30339

~ 21 ~

Marty Stone
Six Concourse Parkway
Suite 3200,
Atlanta, GA 30328

| | | |
|---|---|---|
| U.S. Mail | | Fax |
| Hand Delivery | | Overnight Courier |
| Federal Express | | Other |

Signature:

Respectfully submitted,

J. G. DAVIS & ASSOCIATES, LLC

By:

JOSHUA G. DAVIS (#514674)
Attorney for Plaintiffs
P.O. Box 7309
Atlanta, GA 30357
Phone:  (855) 543-2847
Fax:    (855) 814-3619

Dated: This 23rd day of August, 2012

~ 22 ~

02881
00050

BOOK **2881** PAGE 50

FILED IN OFFICE
CLERK OF SUPERIOR COURT
ROCKDALE COUNTY, GA.
03-018539
2003 OCT -1 AM 11:55

_____ R.C.Garrett CLERK

After recording please return to:

GreenPoint Mortgage Funding, Inc.
[Company Name]

[Name of Natural Person]

33 San Pablo Avenue
[Street Address]

San Rafael, CA 94903
[City, State Zip Code]

THE REAGAN LAW GROUP, P.C.
ATTORNEYS AT LAW
3010 ROYAL BOULEVARD SOUTH
SUITE 155
ALPHARETTA, GA 30022

23-2233

GEORGIA INTANGIBLE TAX PAID

$ 480.00 CO

October 1, 2003

_____ Virginia Morris, Dep
Clerk of Superior Court
Rockdale County

[Space Above This Line For Recording Data]

# SECURITY DEED

MIN: ████████████9

021862

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A)    "Security Instrument" means this document, which is dated September 03, 2003, together with all Riders to this document.

(B)    "Borrower" is Lorenzo Sadler

. Borrower is the grantor under this Security Instrument.

(C)    "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the grantee under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.

(D)    "Lender" is GreenPoint Mortgage Funding, Inc..
Lender is a Corporation organized and existing under the laws of
the State of New York. Lender's address is 100 Wood Hollow Drive, Novato, CA 94945

(E)    "Note" means the promissory note signed by Borrower and dated September 03, 2003. The Note states that Borrower owes Lender One Hundred Sixty Thousand and 0/100ths

Dollars (U.S. $160,000.00)

L.S.

Georgia Security Deed-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT          MERS Modified Form 3011 01/01
—THE COMPLIANCE SOURCE, INC.—                                          Page 1 of 14                                                         1490GA 08/00
www.compliancesource.com                                                                                                   ©2000, The Compliance Source, Inc.



02881
00051

BOOK **2881** PAGE **51**

plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than October 01, 2033

(F)     "**Property**" means the property that is described below under the heading "Transfer of Rights in the Property."

(G)     "**Loan**" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.

(H)     "**Riders**" means all Riders to this Security Instrument that are executed by Borrower.  The following Riders are to be executed by Borrower [check box as applicable]:

| | | |
|---|---|---|
| ☐ Adjustable Rate Rider | ☐ Condominium Rider | ☐ Second Home Rider |
| ☐ Balloon Rider | ☐ Planned Unit Development Rider | ☐ Biweekly Payment Rider |
| ☐ 1-4 Family Rider | ☐ Revocable Trust Rider | ☒ Rider to the Security Deed |
| ☒ Other(s) [specify] ATTORNEY AFFID/FORECLOSURE DISC | | |

(I)     "**Applicable Law**" means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.

(J)     "**Community Association Dues, Fees, and Assessments**" means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.

(K)     "**Electronic Funds Transfer**" means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account.  Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.

(L)     "**Escrow Items**" means those items that are described in Section 3.

(M)     "**Miscellaneous Proceeds**" means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for:  (i) damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

(N)     "**Mortgage Insurance**" means insurance protecting Lender against the nonpayment of, or default on, the Loan.

(O)     "**Periodic Payment**" means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument.

(P)     "**RESPA**" means the Real Estate Settlement Procedures Act (12 U.S.C. §2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to time, or any

02881
00052

BOOK **2881** PAGE   **52**

additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

(Q)   "Successor in Interest of Borrower" means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

## TRANSFER OF RIGHTS IN THE PROPERTY

This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby grant and convey to MERS (solely as nominee for Lender and Lender's successors and assigns) and the successors and assigns of MERS, with power of sale, the following described property located in the County                                              of Rockdale                                              :
                                                    *[Type of Recording Jurisdiction]*                    *[Name of Recording Jurisdiction]*
As more particularly described in exhibit "A" attached hereto and made a part hereof.

which currently has the address of 1036 Falls Brooke DR
                                                                              *[Street]*
Conyers                                              , Georgia 30094                                              ("Property Address"):
                    *[City]*                                        *[Zip Code]*

TO HAVE AND TO HOLD this property unto Lender and Lender's successors and assigns, forever, together with all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing and canceling this Security Instrument.

BORROWER COVENANTS that Borrower is lawfully seized of the estate hereby conveyed and has the right to grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.



Georgia Security Deed-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT            MERS Modified Form 3911 01/01
—THE COMPLIANCE SOURCE, INC.—                            Page 3 of 14                                    14301GA  08/01
        www.compliancesource.com                                                                ©2000, The Compliance Source, Inc.

02881
00064

BOOK **2881** PAGE   **64**

### EXHIBIT "A"

### LEGAL DESCRIPTION

#### FILE # 23-2233

All that tract or parcel of land lying and being in Land Lot 179, 16th District, Rockdale County, Georgia, and being shown as Lot 27, The Falls at Bridgewater, Unit Two, on a plat of survey of same recorded in Plat Book 29, Page 203, public records of Rockdale County, Georgia, which Plat is by reference thereto incorporated herein and made a part hereof for a more particular and complete description.

Go straight to content.

- Home  |
- Terms and Conditions  |
- Privacy Policy



Freddie Mac
How to Get Help with Your Mortgage



# Yes. Our records show that Freddie Mac is the owner of your mortgage and it was acquired on November 14, 2003. This date is also referred to as the Freddie Mac settlement date.

## What to Do Next

1. **For help with your mortgage, contact your lender and let them know you would like to pursue assistance through the federal Making Home Affordable (MHA) program.**

   a. Your lender, the company to which you make your mortgage payments (also referred to as a mortgage servicer), can help you determine if you are eligible for the options under MHA.

      - If you are current on your mortgage payments, but have been unable to refinance because you have little or no equity in the home, the **Home Affordable Refinance Program** may help you obtain a lower interest rate or more stable mortgage.

      - If you are behind in making your mortgage payments or believe you may soon fall behind, a Home Affordable Modification may help you

En Español

Avoiding Foreclosure Resources

- Alternatives to Foreclosure
- Working with Your Lender
- Who to Contact for Help
- Avoiding Fraud

Steps to Get Started with HARP

1. See if Freddie Mac Owns Your Loan
2. Learn More About HARP
3. Check Your Eligibility for HARP
4. Get Prepared and Call Your Lender
5. Consider Another HARP-Participating Lender

Yes! Our records show that Freddie Mac is the owner of your mortgage. – Freddie Mac                                      7/9/12 3:11 PM

obtain more affordable mortgage payments.

- If it is not realistic for you to keep your home, a **short sale** or **"deed-in-lieu of foreclosure"** may help you transition to more affordable housing.

Freddie Mac is working with its lenders to offer these solutions to eligible borrowers with Freddie Mac-owned mortgages. *Because Freddie Mac does not work directly with consumers, you will need to work with your lender to determine your best foreclosure prevention option.*

b. **If you are not eligible for MHA**, don't give up! Ask your lender about other options to make your payments more affordable or to avoid foreclosure. There are other options available for homeowners with Freddie Mac-owned mortgages that are available through your lender.

2. **If you are unable to reach your lender, call a U.S. Department of Housing & Urban Development (HUD)-certified housing counselor at 1-800-569-4287 or visit the web site to find a housing counselor in your area.**

Housing counselors can help you contact and work with your lender to get help with your mortgage – free of charge

## Support Information

- **Be informed.** Visit our Avoiding Foreclosure Resource Center for information and guidance on alternatives to foreclosure, working with your lender, avoiding fraud and more.
- **Be patient and diligent.** Lenders are working hard to get to every call and sometimes it takes longer than you expect.
- **Get prepared.** Before you call your lender, here's what you'll need for your conversation.

Learn more about the options available to you under MHA.

Thank you for contacting Freddie Mac. One of our top priorities is making sure homeowners with Freddie Mac-owned mortgages are able to get proper help and understand all options available to them during this difficult time.

Yes! Our records show that Freddie Mac is the owner of your mortgage. – Freddie Mac

7/9/12 3:11 PM

© Freddie Mac



Doc ID: 008298850004 Type: GLR
Filed: 06/13/2011 at 11:59:53 AM
Fee Amt: $7.00 Page 1 of 1
Rockdale County Superior Court
Ruth A. Wilson Clerk

BK**4992** PG**183**

This space for Recorder's use

DocID# 2002232060332596

Property Address:
**1036 FALLS BROOKE DR**
Conyers, GA 30094
OAR2-A3D 11332404    5/8/2011



Recording Requested By:
Bank of America
Prepared By:
Mercedes Judilla
888-603-9011
450 E. Boundary St.
Chapin, SC 29036

When recorded mail to:
CoreLogic
450 E. Boundary St.
Attn: Release Dept.
Chapin, SC 29036

MIN #: ▓▓▓▓▓                    MERS Phone #: 888-679-6377

## ASSIGNMENT OF SECURITY DEED

For Value Received, the undersigned holder of a Security Deed (herein "Assignor") whose address is 3300 S.W. 34TH AVENUE, SUITE 101 OCALA, FL 34474 does hereby grant, sell, assign, transfer and convey unto BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP whose address is 1200 JONES BRANCH RD, MCLEAN, VA 22102 all beneficial interest under that certain Security Deed described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Security Deed.

Original Lender:     **GREENPOINT MORTGAGE FUNDING, INC.**
Made By:             **LORENZO SADLER**
Date of Security Deed: 9/3/2003
Original Loan Amount:  **$168,000.00**

Recorded in Rockdale County, GA on: 10/1/2003, book 2881, page 50 and instrument number 021862

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Security Deed to be executed on
05-26-2011

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: _____        By: _____
Rene Rosales, Assistant Secretary       Mary Ann Hierman, Assistant Secretary

Witness: Srbui Muradyan

State of California
County of Ventura

On May 6, 2011 before me, Daisy Salvatierra, Notary Public, personally appeared Rene Rosales and Mary Ann Hierman, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____              (Seal)
Notary Public: Daisy Salvatierra
My Commission Expires: 8/29/2012





**You're on your way toward an affordable mortgage payment.**

**To accept our offer, make your first trial period payment today.**

Borrower          LORENZO SADLER
Property Address  1036 FALLS BROOKE DR
                  CONYERS, GA 30094

Loan Number:

Dear LORENZO SADLER



Friday, January 13, 2012

We are pleased to tell you that **you are approved to enter into a trial period plan under the Freddie Mac Modification Program.** This the next step toward qualifying for affordable and sustainable mortgage payment Please read this letter so that you understand all the steps you need to take to permanently modify your mortgage, starting with your first trial period payment.

**What you need to do**
To accept this offer, you must make your first Trial Period Plan payment by February 1, 2012. You must pay the exact amount of your Trial Period Plan payments instead of your normal monthly mortgage payments.sale may occur.

**Send in your monthly Trial Period Plan — instead of your normal monthly mortgage payments — as follows:**

|  Trial Period Plan |
| --- |
| 1st payment:  $966.60 by 2/1/2012 |
| 2nd payment:  $966.60 by 3/1/2012 |
| 3rd payment:  $966.60 by 4/1/2012 |

You may remit payments due under this plan to us at Bank of America, N.A., P.O. Box 515503, Los Angeles, CA 90051, or you can call us at 1.800.669.6607 and we can deduct your payment directly from your checking account. (There are no fees to make your payment by phone during the trial period).

After you make all trial period payments on time, and if you continue to meet all of the eligibility requirements your modification program, your mortgage will be permanently modified. Please pay the specific amounts shown above because paying a different amount could make you ineligible for a permanent modification. **If each payment is not received in the month in which it is due, you will no longer be eligible for a Freddie Mac loan modification and your loan will not be modified.** If your last trial period payment is made in the last half of the month it is due, we may elect to extend your Trial Period Plan by an extra month.

If you have any questions, please call1-800-669-6607 between 8 a.m. and 10 p.m. Eastern, Monday through Friday. Also, please review the attached Frequently Asked Questions.

If you are currently in a bankruptcy proceeding, or have previously obtained a discharge of this debt under applicable bankruptcy law, this notice is for information purposes only and is not an attempt to impose personal liability for the debt.

We are glad you have been approved for a Trial Period Plan offer. Start today by making your first trial period payment.

Home Loan Team



**Bank of America** ≋ **Home Loans**

Bank of America, N.A.

Bank of America. N.A. is required by law to inform you that this communication is from a debt collector However, the purpose of this communication is to let you know about your potential eligibility for a loan modification program that may help you bring or keep your loan current through more affordable payments.

_Lorenzo Sadler_                                                    _1-16-12_
LORENZO SADLER                                                    Date

                                                                 Date

TRK# 797946277071

**Frequently Asked Questions**

**Q. What else should I know about this offer?**

- If you accept this Trial Period Plan as required above, and make your new trial period payments timely we will not conduct a foreclosure sale.

- You will not be charged any fees for this Trial Period Plan or final modification.

- If your loan is permanently modified, we will waive all unpaid late charges.

- We will continue to report the status of your loan to credit reporting agencies as well as your entry into a Trial Period Plan in accordance with the requirements of the Fair Credit Reporting Act and the Consumer Data Industry Association. In addition, your loan will be reported as paying under a partial or modified payment plan during the trial period. Credit reporting agencies generally consider entering into a plan with reduced payments as an increased credit risk. As a result, entering into a Trial Period Plan may adversely affect your credit score, particularly if you are current on your mortgage or otherwise have a good credit score. For more information about your credit score, go to ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.

- You may be required to attend credit counseling.

**Q. Why are you offering me this option?**

We want to assist you with finding a long-term solution to address your continuing financial hardship. That's why we are offering you the opportunity to qualify for a loan modification offered by Freddie Mac. Our goal is to help make your mortgage more affordable, and most importantly, help you keep your property and avoid foreclosure.

**Q. Why is there a trial period?**

The trial period offers you immediate payment relief. Making all of your payments during this trial period will demonstrate that you can afford the modified payments and that they work within your budget. Note: This is only a temporary Trial Period Plan. Your existing loan requirements remain in effect and unchanged during the trial period and you will continue to receive monthly statements that will show the payment amount based on your original home loan agreement. However, please pay only the new trial period payment amount each month instead of your original payment amount. Please pay the specific trial amounts shown above because paying a different amount could cause you to be ineligible for a permanent modification.

**Q. When are my trial period payments due?**

Your payment amount and the day each month your payment is due during the Trial Period Plan are on page 1 of this package under the heading "Trial Period Plan."

**Q. How was my new payment in the trial period determined?**

Your trial period payment is based upon a variety of factors including your income, current value of your property, the amount you owe on your loan and amounts past due. The owner of your loan (also known as the investor) uses this information to provide the most affordable terms for you. Your trial period payments include escrow amounts to cover your property taxes, insurance premiums and other permissible escrow fees based on our current escrow analysis. Your total modified monthly payment will likely change over time, if your property taxes and insurance premiums change.

The modified payment should be sufficient to pay the principal and interest as well as property taxes, insurance premiums and other permissible escrow fees based on our recent analysis of these costs. Your modified monthly payment may change if your property taxes and insurance premiums change. If you did not have an escrow account before, the timing of your tax and insurance bills may require that you make a payment to cover any such bills when they come due. This is known as an escrow shortage. Your loan has an escrow shortage of $1,103.99; if you wish to pay the total shortage as a lump sum, please contact us at 1.800.669.6650.

**Q. When will I know if my loan can be modified permanently and how will the modified loan balance be determined?**

If you continue to meet all of the modification program eligibility requirements, make all of your trial period payments on time and return any additional documents that we may require, you will receive a modification agreement detailing the terms of the modified loan. Remember, however, that if you pay an amount that is greater or less than your new trial period payment during the trial period you may not qualify for a permanent loan modification. The modification agreement will become effective once it is signed by you and the Servicer/Lender. Any difference between the amount of the trial period payments and your regular home loan payments will be added to the balance of your loan along with any other past due amounts as permitted by your loan documents. While this will increase the total amount that you owe, the amount of your modified mortgage

payment should remain very close if not equal to your trial plan payment as that is determined based on your total monthly gross income, not your loan balance.

**Q. What happens to my trial period payments if I do not comply with the terms of the Trial Period Plan?**

Your trial period payments will be applied to your existing loan according to the terms of your loan documents.

**Q. Will my interest rate and principal and interest payment be fixed after my loan is permanently modified?**

If your loan is modified, your interest rate and monthly principal and interest payment will be fixed for the life of your loan unless your initial modified interest rate is below current market interest rates. In that case it will increase annually until it reaches a certain point. Each of these increases will be clearly defined by your Modification Agreement>>. Your new monthly payment will also include an escrow for your property taxes, hazard insurance and other escrowed expenses. Your property taxes, hazard insurance and other escrowed expenses will likely change over time. Your future monthly payments will reflect these changes.

**Q. Could I end up with a balloon payment?**

Yes. If principal forbearance (see definition below) is required to achieve an affordable monthly mortgage payment, the principal forbearance amount would not be part of the unpaid principal balance on your loan that accrues interest, but you would still be responsible for the balance. That amount would constitute a balloon payment that does not accrue interest and is not due until you pay off your loan, refinance or sell your home. In addition, if your payment is calculated over a longer term than the maturity date of the modified loan, there will be additional principal owed at the maturity date. (Definition of principal forbearance: A portion of the principal amount you owe is deferred until the loan matures. This deferred amount will not accrue interest and must be repaid when you pay off your loan, refinance, or sell your home.)

**Q. What happens if I am unable to make payments during the trial period?**

If you do not make the specified trial period payments in full in the month when they are due, you will not qualify for a permanent modification and will not be allowed to enter into a permanent Loan Modification Agreement. If that occurs, we will look at other options to resolve your mortgage's past-due status (such as a short sale or deed-in-lieu of foreclosure). If an alternative solution cannot be found, we will need to begin foreclosure proceedings.

**Q. Are there incentives that I may qualify for if I am current with my new payments?**

No. Borrower incentive compensation is only available to borrowers who qualified for a permanent modification under Freddie Mac Home Affordable Modification Program (HAMP).
You did not qualify for a modification under HAMP.

### Additional Trial Period Plan Information and Legal Notices

The terms of this offer are accepted and the terms of your Trial Period Plan are effective on the day you make your first trial period payment, provided you have paid it on or before the last calendar day of the month. By accepting this offer, you acknowledge and agree that:

**You are certifying that all information you previously provided, e.g., regarding your status, income and expenses, and hardship, is still true and correct.**

You certify under penalty of perjury that all of the written information you previously provided to Bank of America, N.A. in the Request for Modification and Affidavit signed by you continues to be true and correct. This includes, among other things, information about your status and the status of the property, your income and expenses, and your hardship. You understand that Bank of America, N.A. is relying on your certification in offering you the Trial Period Plan and any Loan Modification Agreement. If there have been any changes in the information you provided, you must contact to discuss whether the changes affect your Trial Period Plan or eligibility for a loan modification. You must have this discussion before you send in your first trial period payment.

**We will not proceed to foreclosure sale during the trial period, provided you accept and are complying with the terms of the Trial Period Plan, except as detailed below:**

During the trial period, any pending foreclosure action or proceeding will not be dismissed and may be immediately resumed if you fail to comply with the terms of the Trial Period Plan. A new notice of default, notice of intent to accelerate, notice of acceleration, or similar notice will not be necessary to continue the foreclosure action. You waive any and all rights to receive such foreclosure notices to the extent permitted by applicable law. However, if your property is located in Georgia, Hawaii, Missouri, or Virginia and a foreclosure sale is currently scheduled, the foreclosure sale will not be suspended and foreclosure may proceed if you do not make each and every trial period payment that is due through the end of the month preceding the month in which the foreclosure sale is scheduled to occur. For example, if a foreclosure sale is scheduled in February and you do not make your January and any earlier required trial period payment by the end of January, the foreclosure sale may proceed in these four states. If a foreclosure sale occurs pursuant to this provision, the Trial Period Plan will be deemed to have terminated.

**During the trial period, we may accept and post your trial period payments to your account and it will not affect foreclosure proceedings that have already been started.**

You agree that we may hold the trial period payments in an account until sufficient funds are in the account to pay your oldest delinquent monthly payment. You also agree that we will not pay you interest on the amounts held in the account. Any amounts remaining at the end of the trial period will be applied to any outstanding amounts that you owe at the end of the trial period reducing the amount that will otherwise be added to the principal balance of your modified loan.

The servicer's acceptance and posting of your new payment during the trial period will not be deemed a waiver of the acceleration of your loan or foreclosure action and related activities, and shall not constitute a cure of your default under your loan unless such payments are sufficient to completely cure your entire

default under your loan.

**If your monthly payment did not include escrows for taxes and insurance, you are now required to do so.**

You agree that any prior waiver that allowed you to pay directly for taxes and insurance is revoked. You agree to establish an escrow account and to pay required amounts into that account.

**Your current loan documents remain in effect; however, you may make the trial period payment instead of the payment required under your loan documents:**

You agree that all terms and provisions of your current mortgage note and mortgage security instrument remain in full force and effect and you will comply with those terms; and that nothing in the Trial Period Plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents.

**The Trial Period Plan notice will be rescinded if an error is detected.**

You agree that if an error in the terms of the Trial Period Plan or your eligibility is detected after issuance of the Trial Period Plan notice, the Trial Period Plan will be void and of no legal effect upon notice to you of such error. You understand that a corrected Trial Period Plan will be provided to you if it is determined that you remain eligible for a loan modification after correction of the error.

Trial Period Mortgage Payment Coupon

If you are currently in a bankruptcy proceeding, or have previously obtained a discharge of this debt under applicable bankruptcy law, this notice is for information purposes only and not an attempt to impose personal liability for the debt.

Your three trial period mortgage payments in the amount of $966.60 will be due no later than 2/1/2012, 3/1/2012 and 4/1/2012. Please note that these payments should be sent instead of -- not in addition to -- your regular monthly mortgage payment.

Please detach and include with your first month's trial period modified mortgage payment: (If you have already made your first month's trial period payment please disregard this coupon.)

Loan #

LORENZO SADLER
1036 FALLS BROOKE DR
CONYERS, GA 30094

Enclosed is my trial period mortgage payment amount of $966.60.

Send your payment to:    Bank of America, N.A
                         P.O. Box 515503
                         Los Angeles, CA  90051

Please detach and include with your second month's trial period modified mortgage payment:

Loan #

LORENZO SADLER
1036 FALLS BROOKE DR
CONYERS, GA 30094

Enclosed is my trial period mortgage payment amount of $966.60.

Send your payment to:    Bank of America, N.A
                         P.O. Box 515503
                         Los Angeles, CA  90051

Please detach and include with your second month's trial period modified mortgage payment:

Loan #

LORENZO SADLER
1036 FALLS BROOKE DR
CONYERS, GA 30094

Enclosed is my trial period mortgage payment amount of $966.60.

Send your payment to:    Bank of America, N.A
                         P.O. Box 515503
                         Los Angeles, CA  90051

C3_9⁰⁴ PSGSRL01 14205 8/24/2011

 **Bank of America** 

Home Loans

P.O. Box 5170
SIMI VALLEY, CA 93062-5170

0000424-0033693 LETRP 002 ------ 93302B

Ալիլ[վԱլ]ՄԱ[ԱԱԱ[ԱԱ]




LORENZO SADLER
1036 FALLS BROOKE DR
CONYERS, GA 30094

Send Correspondence to:
P.O. Box 5170
Simi Valley, CA 93062-5170

Business Address:
450 American Street
Simi Valley, CA 93065-6285

**Notice Date:** April 23, 2012

**Loan No.:** 

**Property Address:**
1036 Falls Brooke Dr.
Conyers, GA 30094

---

**IMPORTANT MESSAGE ABOUT YOUR HOME LOAN**

Dear LORENZO SADLER,

We are writing to inform you that your mortgage loan noted above will be transferred to a new servicer for the handling of all loan servicing needs such as billing, payment processing, and customer support. **Beginning May 16, 2012, your new servicer will be Nationstar Mortgage LLC.** The enclosed notice outlines the important dates and contact information you will need for the transition to your new servicer.

Please be assured that this transfer does not affect any other terms or conditions of your mortgage loan, only those terms related to the servicing of the loan. This servicing transfer only applies to the home loan noted above. Other home loan accounts you may have with us will not be affected by this change unless you are specifically notified.

**WHAT THIS MEANS FOR YOU**

**Your loan number and payment information will change**
- Through May 15, 2012, you will continue to make your monthly payment as usual.
- Nationstar Mortgage LLC will begin accepting payments on May 16, 2012. Around this date, please look for further information from Nationstar Mortgage LLC, including your new loan number.
- If you have a payment due before you receive a billing statement from Nationstar Mortgage LLC, write your new loan number on your check and mail it to the payment address shown on the enclosed notice. (Until you receive a new loan number, you may write your old loan number on the check.)
- Any automatic payments/PayPlan set up with us will be discontinued as of May 15, 2012. Please look for instructions from Nationstar Mortgage LLC or contact them on or after May 16, 2012 to determine what payment options they may offer.
- If you make payments through Bank of America Online Banking or any online banking or bill payment service, you will need to update your loan number and payee information for Nationstar Mortgage LLC on or after May 16, 2012.

**Your loan account access will no longer be available through Bank of America**
- You will no longer be able to make your payment at a Bank of America banking center on the mortgage loan being transferred. In addition, your mortgage loan information will not be available through Bank of America Online Banking.

If you have any questions or need assistance prior to May 16, 2012, please call Bank of America, N.A., toll-free at 1-800-669-6607, Monday-Friday 7a.m. - 7p.m. Local Time.

**Additional Important Information**
- If your payments include any **optional products or insurance** such as accidental death, home warranty, identity theft, unemployment insurance, etc, please read the enclosed notice carefully.
- For customers currently **participating in or being considered for a loan modification program,** we will transfer any supporting documentation you may have submitted to us to

Nationstar Mortgage LLC. You should continue to make your payments to Bank of America, N.A. through May 15, 2012. On or after May 16, 2012, your payments should be made to Nationstar Mortgage LLC unless you are provided additional direction. All information regarding **other foreclosure avoidance programs** (e.g., forbearance, short sale, refinance or deed in lieu of foreclosure) will also be forwarded to Nationstar Mortgage LLC for processing. If your loan was

**SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

awaiting a decision regarding qualification for these programs, that decision will now be made by Nationstar Mortgage LLC. Please be advised that this transfer may extend the time needed for a final decision on pending modification or other foreclosure prevention program requests.

**Legal Notice**

As a result of this servicing transfer, we have enclosed the Real Estate Settlement Procedures Act (RESPA) Servicing Transfer Notice. No action is required on your part in response to the notice, but we recommend you retain the notice for your records.

**THANK YOU**

Beginning May 16, 2012, Nationstar Mortgage LLC can assist you with any questions related to your loan and the transfer of servicing. Nationstar Mortgage LLC's Customer Service can be reached toll-free at 1-877-372-0512 ext 86, Monday - Thursday between 8:00 am to 8:00 pm and Friday between 8:00 am to 5:00 pm, Central Standard Time.

Thank you for your business. We appreciate the opportunity to have served your home loan needs.

Home Loan Team
Bank of America, N.A.

Loan No.: ▮▮▮▮▮                                    Notice Date: April 23, 2012

**NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS**

You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you, will be assigned, sold or transferred from Bank of America, N.A. to Nationstar Mortgage LLC, effective June 01, 2012.

The assignment, sale or transfer of the servicing of your mortgage loan does not affect any terms or conditions of the mortgage instruments, other than those terms directly related to the servicing of your loan. Except in limited circumstances, the law requires that your present servicer send you this notice at least 15 days before the effective date of transfer, or at closing. Your new servicer must also send you this notice no later than 15 days after this effective date or at closing.

**YOUR SERVICER PRIOR TO MAY 16, 2012:**

Your *present servicer* is **Bank of America, N.A.**. If you have any questions relating to the transfer of servicing from your present servicer, please call **Bank of America, N.A.** Customer Service at 1-800-669-6607, Monday-Friday 7a.m. - 7p.m. Local Time. This is a toll-free number.

**YOUR NEW SERVICER ON AND AFTER MAY 16, 2012:**

Your *new servicer* will be **Nationstar Mortgage LLC**. The business address for **Nationstar Mortgage LLC** is: 350 Highland Drive Lewisville TX 75067.

Toll-free Number
The toll-free telephone number of **Nationstar Mortgage LLC** is 1-877-372-0512 ext 85. If you have any questions relating to the transfer of servicing to your new servicer, please call **Nationstar Mortgage LLC** Customer Service toll-free at 1-877-372-0512 ext 85, Monday - Thursday between 8:00 am to 8:00 pm and Friday between 8:00 am to 5:00 pm, Central Standard Time.

Address for Correspondence (other than payments)
The address to send written correspondence to **Nationstar Mortgage LLC** (other than payments) is: Nationstar Mortgage LLC, 350 Highland Drive  Lewisville TX 75067.

Address for Mailed Payments
The address to send payments to **Nationstar Mortgage LLC** is: Nationstar Mortgage LLC, Attn: Payment Processing, P.O. Box 650783 Dallas TX 75265-0783. Please include your loan number on all checks, cashier checks and other payments sent to **Nationstar Mortgage LLC**.

**INFORMATION CONCERNING YOUR LOAN PAYMENTS:**

The date that **Bank of America, N.A.** will stop accepting payments from you is May 15, 2012.

The date that your *new servicer* **Nationstar Mortgage LLC** will start accepting payments from you is May 16, 2012. Send all payments due on or after that date to your *new servicer*.

**INFORMATION ABOUT OPTIONAL INSURANCE PRODUCTS:**

The transfer of servicing rights may affect the terms of or the continued availability of mortgage life or disability insurance or any other type of optional insurance in the following manner: **Bank of America, N.A.** will no longer make payments to the insurance company on your behalf. As a result, your coverage will be cancelled.

You should take the following action to maintain coverage: Coverage will be cancelled. To see if it is possible to maintain coverage, you will need to contact your *new servicer* to discuss coverage options. You may also contact your insurance provider to find out if other billing options can be arranged.

## ABOUT YOUR RIGHTS UNDER RESPA

You should be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. 2605):

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 U.S.C. 2605) gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgment within 20 Business Days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and your reasons for the request. If you want to send a "qualified written request" regarding Bank of America, N.A.'s servicing of your loan, it must be sent to this address:

**Bank of America, N.A.**
**Customer Service Correspondence, CA6-919-01-41**
**P.O. Box 5170**
**SIMI VALLEY, CA 93062-5170**

Not later than 60 Business Days after receiving your request, your servicer must make any appropriate corrections to your account, and must provide you with a written clarification regarding any dispute. During this 60-Business-Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A Business Day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.

SEE REVERSE SIDE FOR IMPORTANT INFORMATION ------- 933028   LETTER 002   0008424-0033695

**Nationstar**
MORTGAGE
PO BOX 650783
DALLAS, TX 76265
www.MyNationstarMtg.com

May 31, 2012



LORENZO SADLER
1036 FALLS BROOKE DR
CONYERS GA  30094-5565

New Nationstar Loan Number: ▆▆▆▆▆

## NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS

Dear Lorenzo Sadler:

You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you, is being assigned, sold or transferred from BANK OF AMERICA to Nationstar Mortgage LLC, effective 05/15/12.

The assignment, sale or transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

Except in limited circumstances, the law requires Nationstar Mortgage send you this notice no later than 15 days after the effective date of the transfer.

Your new servicer is Nationstar Mortgage LLC.

Nationstar Mortgage's business address is:

Nationstar Mortgage LLC
350 Highland Drive
Lewisville, Texas 75067
www.MyNationstarMTG.com

Nationstar Mortgage's toll free number is 1-866-316-2432. If you have any questions relating to the transfer of servicing to Nationstar Mortgage, call 1-866-316-2432 between 8 a.m. and 8 p.m. on the following days Monday – Thursday, 8 a.m. and 5 p.m. on Friday, or visit us anytime at www.MyNationstarMTG.com.

The date that Nationstar Mortgage will start accepting payments from you is 05/15/12. You can pay online via the Nationstar Mortgage website at www.MyNationstarMTG.com., or you can send all payments due on or after that date to:

Nationstar Mortgage LLC
PO Box 650783
Dallas, Texas 75265

Your mortgage life insurance, disability insurance and/or other optional products will not continue. If you wish to retain optional products, you will need to contact your current optional product/service provider.

Enclosed is your Welcome Letter which includes a payment coupon with detailed loan information.

**You should also be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. 2605):**

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 U.S.C 2605) gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgement within 5 Business Days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and your reasons for the request. If you want to send a "qualified written request" regarding the servicing of your loan, it must be sent to this address:

Nationstar Mortgage LLC
Attention Research Department
350 Highland Drive
Lewisville, Texas 75067
www.MyNationstarMTG.com

Not later than 30 Business Days after receiving your request, your servicer must make any appropriate corrections to your account, and must provide you with a written clarification regarding any dispute. During this 60-Business Day period, your servicer may not provide

information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A Business Day is a day on which the offices of the business are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.

### Important Loan Transfer "Home Affordable Modification Program" Information

**Home Affordable Modification Program:** If you are currently participating in (or being considered for) a loan modification program, we will be transferring all your documentation to the new servicer. Until the transfer date, you should continue to make your payments (e.g., trial payments if attempting to qualify for a modification under the Home Affordable Modification Program) to Bank Of America. After transfer, you should make all payments to Nationstar until such time that you are provided additional direction. Decisions regarding qualification will be made by Nationstar. All information regarding other loss mitigation activities (forbearance agreements, short sales, refinances and deed-in-lieu of foreclosure) will be forwarded to Nationstar for processing. Please be advised that this transfer may extend the time needed for a final decision.

Sincerely,
Nationstar Mortgage LLC





360 Highland Drive
Lewisville, TX 75037

May 31, 2012

RE: Nationstar Mortgage LLC Loan Number: ▮▮▮▮▮▮▮

LORENZO SADLER
1036 FALLS BROOKE DR
CONYERS GA  30094-5565

Dear LORENZO SADLER

Welcome to Nationstar Mortgage!

We look forward to servicing your loan on behalf of FREDDIE MAC.

- Your total debt at the time of the transfer is $154,190.23. This amount includes your outstanding Unpaid Principal Balance of $145,107.00, $8,199.76 in Interest, $1,168.36 from Fees, and $185.00 from expenses paid on your behalf.

- This debt is owed to FREDDIE MAC, but is being serviced by Nationstar.

- Unless you dispute the validity of this debt, or any portion thereof, in writing within thirty (30) days after receipt of this notice, the debt will be assumed to be valid by Nationstar.

- If you notify Nationstar in writing within this thirty (30) day period that the debt, or any portion thereof, is disputed, Nationstar will obtain verification of the debt and a copy of such verification will be sent to you.

We welcome you to Nationstar Mortgage and look forward to being your mortgage servicer.

Mail written disputes to:
Nationstar Mortgage LLC
Attn: Research Department
350 Highland Drive
Lewisville, TX 75067

For Customer Service Inquiries, call toll free at 1-866-316-2432.

Sincerely,

Nationstar Mortgage LLC

*Nationstar is a debt collector.  This is an attempt to collect a debt and any information obtained will be used for that purpose.*



www.MyNationstarMtg.com

# Bank of America

BANK OF AMERICA, N.A. ('THE "BANK")

LORENZO SADLER
SONYA D SADLER

REGULAR CHECKING

**** **** 6778

Last Posting Date 06/19/2012                                Date/Time Printed 6/20/2012 2:25 PM EST

## Last Statement Summary

| | |
|---|---|
| Last Statement Date 05/23/2012 | |
| Balance Last Statement ($) | $111.54 |
| Deposits/Credits (+) # 8 | $2,881.74   Holds (-) |
| Withdrawals/Debits (-) # 30 | $3,261.65   Pending Credits (+) |
| Available Balance ($) | $919.35 |

Some of the information was not available when this page was printed. Please ask your Bank of America banker to assist you
Balance Last Statement, Deposits/Credits, Withdrawals/Debits may not total to Available Balance.

## Transaction History

| Date | Description | Type | Amount | Available Balance |
|---|---|---|---|---|
| | Amount included in Available Balance | | | |
| 06/01/2012 | Nationstar    DES:Nationstar ID:█████25    INDN:LORENZO SADLER    CO ID:█████038 WEB | Other Payment | -$966.60 | |
| °'/30/2012 | Check 2779 | Single Check | -$966.60 | |
| | Statement Period as of 04/24/2012 | | | |
| 03/30/2012 | Check 2772 | Single Check | -$966.60 | |
| | Statement Period as of 03/24/2012 | | | |
| 02/29/2012 | Check 2766 | Single Check | -$966.60 | |

**** **** 6778

For additional information or service, please contact the Customer Service Center at 1-800-432-1000

* =    Item(s) included in Previous Statement(s).

00-14-0038M  11-2010
NGA

Page 1

| Date | Description | Type | Amount | Available Balance |
|---|---|---|---|---|
| | Statement Period as of 02/23/2012 | | | |
| 02/01/2012 | Check 2762 | Single Check | -$966.60 | |
| | Statement Period as of 01/25/2012 | | | |

***No More Activity For This Account***

For additional information or service, please contact the Customer Service Center at 1-800-432-1000

* = Item(s) included in Previous Statement(s).

NGA

**** **** 6778

Page 2







Doc ID: 008690690001 Type: ASGN
Recorded: 07/10/2012 at 02:48:00 PM
Fee Amt: $7.00 Page 1 of 1
Rockdale County Superior Court
Ruth A. Wilson Clerk

BK **5188** PG**239**



Recording requested by:
BANK OF AMERICA N.A.
SUCCESSOR BY MERGER TO BAC
HOME LOANS SERVICING LP FKA
COUNTRYWIDE HOME LOANS
SERVICING, LP

When recorded mail to:
BANK OF AMERICA N.A.
DOCUMENT PROCESSING MAIL
CODE: TX2-979-01-29
4500 AMON CARTER BLVD
FORT WORTH, TX 76155
Attn: ASSIGNMENT UNIT

## CORPORATION ASSIGNMENT OF MORTGAGE

Branch/Source Code 603 12037                          Doc. ID#
                                                      Commitment#

For value received, the undersigned, BANK OF AMERICA N.A., SUCCESSOR BY
MERGER TO BAC HOME LOANS SERVICING LP FKA COUNTRYWIDE HOME LOANS SERVICING,
LP, 1800 TAPO CANYON ROAD, SIMI VALLEY, CA 93063, hereby grants, assigns and
transfers to:
    NATIONSTAR MORTGAGE LLC
    350 HIGHLAND DRIVE  LEWISVILLE, TX  75067

All its interest under that certain Mortgage dated  9/03/03, executed by:
LORENZO SADLER, Mortgagor as per MORTGAGE recorded as Instrument No. 0218620
on 10/01/03 in Book 2861 Page 30 of official records in the County Recorder's
Office of ROCKDALE County, GEORGIA.
 Tax Parcel = 011C010018,    ROCKDALE COUNTY TREASURER
Original Mortgage $160,000.00
1036 FALLS BROOKE DR, CONYERS, GA 30094

Together with the Note or Notes therein described or referred to, the money
due and to become due thereon with interest, and all rights accrued or to
accrue under said Mortgage.

Dated: 06/29/2012          BANK OF AMERICA N.A., SUCCESSOR BY MERGER TO BAC HOME
                           LOANS SERVICING LP FKA COUNTRYWIDE HOME LOANS
                           SERVICING, LP

                    By  _Larisa Post_
                        LARISA POST, ASSISTANT VICE PRESIDENT

Witness: _Yolanda Rodriguez_            _Cynthia Pons_
         YOLANDA RODRIGUEZ              CYNTHIA PONS

State of California
County of Ventura
On JUN 2 9 2012 before me, BONNIE MICHAUD, Notary Public, personally appeared
LARISA POST, who proved to me on the basis of satisfactory evidence to be the
person(s) whose name(s) is/are subscribed to the within instrument and
acknowledged to me that he/she/they executed the same in his/her their
authorized capacity(ies), and that by his/her/their signature(s) on the
instrument the person(s), or the entity upon behalf of which the person(s)
acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California
that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Signature: _Bonnie Michaud_
           BONNIE MICHAUD

Prepared by: DIANA PHAM
1800 TAPO CANYON RD
SIMI VALLEY, CA 93063
Phone#: (213) 345-0736

BONNIE MICHAUD
Commission # 1854792
Notary Public - California
Los Angeles County
My Comm. Expires Jun 10, 2013

N.P. SEAL

**J.G. DAVIS & ASSOCIATES, LLC**
ATTORNEY & COUNSELOR AT LAW
A LIMITED LIABILITY COMPANY





July 18, 2012

Bank of America Home Loans
1) P.O. Box 5170
Simi Valley, CA 93062-5170
2)450 American Street
Simi Valley, CA 93065-6285

Nationstar Mortgage LLC.
350 Highland Drive
Lewisville, TX 75067

RE:  LETTER OF DEMAND – LORENZO AND SONYA SADLER - LOAN NO:
██████  ██████

Via U.S. Certified/Return Receipt Mail No.:
(7011350000046775331,7011350000046737524,7011350000046737517)
Via First Class U.S. Mail Normal Delivery

To Whom It May Concern,

This office has been retained by Lorenzo and Sonya Sadler to pursue their claims for potential damages resulting from a non-compliance with the loan modification.  This demand involves the home located at 1036 Falls Brooke Drive, Conyers, Georgia 30094.

**FACTS**

On January 13, 2012 Mr. and Mrs. Sadler were approved for a trial loan modification of their Bank of America home loan through the Freddie Mac Modification Program.  The modification amount to be paid was $966.60, which started on the first of February and was to last until April of 2012, after which the payment terms where to become permanent per the

contractual agreement. From the month of February until April Mr. and Mrs. Sadler made the full and complete payments as agreed upon to Bank of America, N.A. at their P.O. Box number 515503, Los Angeles, CA 90051. These payments are documented by bank statements along with copies of money orders made out and sent to Bank of America. (*Please see exhibits A-D*)

Notice was sent April 23, 2012 informing Mr. and Mrs. Sadler of the transfer of their loan servicer to Nationstar Mortgage LLC. The notice detailed that Nationstar would begin servicing the loan May 16, 2012.

Accordingly, Mr. and Mrs. Sadler began making their payments to Nationstar as of June 1, 2012 per the transfer and contractual agreement. This is denoted by bank statement ledgers. (*Please see exhibit E*) As of this date without cause servicer and owner of the loan are refusing to accept payments. Therefore they are breaching the loan modification contract.

## DEMAND

Bank of America, N.A. and Nationstar Mortgage LLC will damage my client if you proceed with foreclosure actions based on the following legal theories: Wrongful foreclosure, Breach of Contract, Bad Faith, Fraudulent Misrepresentation and other wrongs. My client simply request that their loan modification be recognized according to the contract and no penalties be assessed towards them in regards to this matter.

If you so deny my client's above requests, we will move forward with litigation regarding said complaints including any additional issues that may arise while seeking exemplary damages and attorney fees. Please contact me at the information provided below within 15 days upon receipt of this letter to discuss this matter further.

PLEASE SEE NEXT PAGE FOR SIGNATURE

Respectfully submitted,

JOSHUA G. DAVIS, Esq.

**J.G. Davis & Associates, LLC**
P.O. Box 7309
Atlanta, GA. 30357
Office Phone: (855) 543-2847
Office Fax:    (855) 814-3619

This the _____ day of July, 2012

Jul.24.2012  03:56 PM       DLER                    770761f                    PAGE.  2/ 3

LAW OFFICES
## MCCALLA RAYMER, LLC
1544 OLD ALABAMA ROAD
ROSWELL, GEORGIA 30076

TELEPHONE (770) 643-2148
TELEFAX (770) 643-1062
1-800-845-8613
July 20, 2012



File: 5754812                       Reference: XXXXXX6725
Lorenzo Sadler
1036 Falls Brooke Dr
Conyers, GA 30094

## YOUR MORTGAGE LOAN HAS BEEN
## REFERRED TO OUR FIRM FOR FORECLOSURE

Our client, NationStar Mortgage LLC, has referred your loan to us for foreclosure. While the foreclosure process has begun, you may still have foreclosure prevention alternatives available to you to avoid the disruption and damage to your credit that a foreclosure sale can cause   BUT YOU MUST ACT IMMEDIATELY!

## YOU MAY STILL HAVE ALTERNATIVES
You may have had an unexpected expense, loss of income, or another circumstance that has prevented you from making your mortgage payments. Regardless of your situation, foreclosure is usually the worst possible outcome.

If you provide information about your situation, NationStar Mortgage LLC can determine whether you qualify for temporary or long-term relief, including options that allow you to stay in your home (forbearance, repayment, modification) or leave your home while avoiding foreclosure (short sale, deed-in-lieu of foreclosure).

## YOU MUST ACT IMMEDIATELY!
NationStar Mortgage LLC may have previously sent you a letter advising you of possible alternatives to foreclosure, along with a Borrower Response Package with documents for you to complete and return to NationStar Mortgage LLC to be evaluated for these alternatives. If you did not receive or no longer have the documents, or have not returned *all* of the documents, please contact NationStar Mortgage LLC immediately at: **888-850-9398x3705** to obtain the documents.

Even if you have previously indicated that you are not interested in saving your home you can still be evaluated for alternatives to foreclosure.

Once NationStar Mortgage LLC has evaluated your information, you will be contacted regarding options and next steps. If you need assistance, contact NationStar Mortgage LLC at 888-850-9398x3705.

Sincerely,

Law Offices of McCalla Raymer, LLC

File No. 5754812

Jul.24.2012  03:56 PM   )LER                    7707616            PAGE.  3/  3

LAW OFFICES

# MCCALLA RAYMER, LLC

1544 OLD ALABAMA ROAD
ROSWELL, GEORGIA 30076

TELEPHONE: (770) 643-3148
TELEFAX: (770) 643-4062
1-800-845-8633

Lorenzo Sadler
1036 Falls Brooke Dr
Conyers, GA 30094

Re:    Loan Number        
       Our File Number    5754812

Dear Lorenzo Sadler:

You may have had an unexpected expense or circumstances beyond your control which forced you to miss your mortgage payments. If this is the case, Nationstar Mortgage, LLC would like to discuss your situation to determine if there are options available to help you avoid foreclosure. These options are voluntary and can include:

- **Extension/Stipulation:** You would pay a determined portion of your delinquency payments and the remaining portion of the arrears would be added to the end of the loan.

- **Loan Modification:** A loan modification is a written agreement between you and the lender that temporarily changes the terms of the loan. A loan modification includes adding the arrears to the end of the loan

- **Loan Modification w/ Intent To Sell The Property:** A loan modification as stated above, but during the period of the modified terms, you agree to list the property with a realtor and sell the property.

- **Deed In Lieu of Foreclosure:** You would transfer ownership of your home to the lender. You would be given a reasonable period of time to move from your home. (In some cases, the lender will pay some or all of your moving expenses.)

- **Reinstatement of your Loan:** You would pay the total amount necessary to bring your loan current (including but not limited to late fees, tax advances, legal fees, etc.)

- **Pre foreclosure Short Sale:** This means you would sell your property prior to the foreclosure. If the price you are going to sell at is less than the total due, Nationstar Mortgage may agree to accept the sale proceeds to satisfy some or the entire amount you owe. Nationstar Mortage must approve any offer that is less than the total amount due on the mortgage before an offer is accepted.

For more information on any of the above options, please contact us at 1-888-850-9398 ext. 3706 so that we may put you in contact with the Nationstar Mortgage Loss Mitigation Department. Their loss mitigation specialist will be able to assist you with the qualification process. While there can be no assurance that Nationstar Mortgage will be able to offer you all or any of the above options, they certainly would like to work with you to avoid the continuation of the current foreclosure action.

Contacting this office will not suspend your obligation to make your mortgage payments. This office will continue all collection and foreclosure activity unless and until a workout plan has been completed and agreed to by Nationstar Mortgage and you. You may be responsible for any and all legal fees and expenses incurred through this action. Responding to this does not terminate your obligation to timely respond to any pleadings you received in the pending Foreclosure action. We strongly recommend that you consult an attorney to preserve your legal rights.

Pursuant to federal law, we are a debt collector and any information obtained will be used for that purpose.

Sincerely,

**CERTIFIED COPY**

7196 9006 9296 1280 8625



LAW OFFICES
# MCCALLA RAYMER, LLC
1544 OLD ALABAMA ROAD
ROSWELL, GEORGIA 30076

TELEPHONE: (770) 643-2148
TELEFAX: (770) 643-4062
1-800-845-8633
July 31, 2012

Lorenzo Sadler
1036 Falls Brooke Dr
Conyers, GA 30094

RE:   NOTICE OF FORECLOSURE SALE – Note and Security Deed – Nationstar Mortgage LLC vs. Lorenzo
Sadler

| | |
|---|---|
| Servicing Lender's #: | ▓▓▓▓▓▓ |
| Our File #: | 5754812-FT15 |
| Original Borrower: | Lorenzo Sadler |
| Current Borrower: | Lorenzo Sadler |
| Property: | 1036 Falls Brooke Dr |
| | Conyers, Georgia 30094 |
| | Rockdale County, Georgia |
| PMI Certificate No.: | ▓▓▓▓▓▓ |

Dear Borrower:

By letter dated July 20, 2012 (the "Initial Communication Letter") we notified you that the above-referenced loan had been referred to this law firm for handling. That letter also advised you of certain rights (the "Borrowers Rights" which include your right to validate the debt) you could exercise within 30 days of your receipt of the Initial Communication Letter. Nothing in this letter will prevent you from exercising the Borrower's Rights as explained in the Initial Communication Letter.

Please be advised that if you are not obligated on this loan, or if you have received a discharge in a bankruptcy case where your personal liability on this loan was extinguished, then any action we take would be limited to the foreclosure of the above referenced property. If you are currently under bankruptcy protection, please fax your bankruptcy case information to us at (866) 812-4732.

The entire amount of the outstanding balance of principal and interest owed on the loan and any other authorized charges are now due and payable. Additionally, the terms of your note call for the addition of attorneys' fees to the debt in case of collection by or through an attorney. Georgia law (O.C.G.A. Section 13-1-11) requires that you be allowed ten (10) days from your receipt of this letter to pay the entire amount owed without having to pay attorneys' fees. After that time the full attorneys' fees allowed by Georgia law may be added to the debt.

Enclosed is a copy of the Notice of Sale submitted for publication in the legal newspaper. Note that the sale is scheduled for the first Tuesday in September, 2012, and will be held within the legal hours of sale at the Rockdale County

 HIS IS AN ATTEMPT TO COLLECT A DEBT.   ANY INFORMATION
BTAINED WILL BE USED FOR THAT PURPOSE.

Courthouse.

Please be advised that if the default is not cured and the property is sold at foreclosure to an outside investor (other than your lender), there may be excess proceeds from the sale for distribution to lienholders and/or the owner of record. Neither lienholders nor owners have to sign any contracts or pay any fees to outside agencies to recover these funds! If an outside investor contacts you after foreclosure advising they have purchased your property at sale, please call our Excess Proceeds department between 45 - 60 days after the foreclosure sale to determine if any such funds exist.

For further information regarding this foreclosure, you may call our office at (770) 643-2148, and ask for Team FT15. The lender may be able to allow you to reinstate the loan and stop the foreclosure. You may call our office to find out if reinstatement is allowed; and if allowed, to find out the amount of money which you must pay in order to cure the default. If you reinstate your loan, payment must be made through our office in the form of certified funds or cashier's check.

When telephoning this office please identify yourself as the borrower, and refer to our file number.

NationStar Mortgage LLC holds the Note and Security Deed to your property and services your loan on behalf of Federal Home Loan Mortgage Corporation ("Freddie Mac"), the current owner of your loan.  The entity that has full authority to negotiate, amend, and modify all terms of the mortgage with the debtor is:

NationStar Mortgage LLC
350 Highland Drive
Lewisville, TX 75067.
888-850-9398x3705

Please understand that the secured creditor is not *required* by law to negotiate, amend, or modify the terms of the mortgage instrument.

Please note that this letter is being sent to you in order to comply with Georgia statutory foreclosure law requirements.  Nothing in this letter should be considered as preventing you from exercising the Borrower's Rights as explained in the Initial Communications Letter dated July 20, 2012.

Sincerely,

McCalla Raymer, LLC

/   9/4/12
Enclosure

Original via certified mail - return receipt requested
Copy also sent by first class mail

**THIS IS AN ATTEMPT TO COLLECT A DEBT.   ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

### SERVICE MEMBERS' CIVIL RELIEF ACT NOTICE

Active duty members of the United States Army, Navy, Air Force, Marine Corps, Coast Guard, and all officers of the Public Health Service or the National Oceanic and Atmospheric Administration detailed by proper authority for active duty, as well as their dependents, have certain rights and privileges under the Servicemembers Civil Relief Act, 50 App. U.S.C.A. §§ 501 et seq.

If you own the property being foreclosed, and you are, or have been within the last ninety days, an active duty "person in the military service," or a protected person defined in 50 App. U.S.C.A. §§ 511 through 516, the lender may be required to provide you additional procedural protections before it can take possession of the property being foreclosed. This notice is to ensure that you are fully advised of your rights.

In particular, the provisions contained in 50 App. U.S.C.A. § 533 are designed for the benefit of persons in the military service whose ability to comply with the terms of their mortgage obligation is materially affected by reason of their military service.

If you are, or have been within the last nine months, a "person in the military service," or if you believe that you are a protected person or entitled to relief under the Servicemembers Civil Relief Act, please contact this office immediately by mail or by phone as follows:

Toll Free Military Assistance #: 1-800-342-9647

MCCALLA RAYMER, LLC
1544 Old Alabama Road
Roswell, Georgia 30076

Telephone:   (770) 643-2148
Attention:   FT15

5754812/FT15
9/4/12



THIS IS AN ATTEMPT TO COLLECT A DEBT.   ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

print

# NOTICE OF SALE UNDER POWER GEORGIA, ROCKDALE COUNTY THIS LAW FIRM IS ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

08.09.12 - 02:47 am
NOTICE OF SALE

UNDER POWER

GEORGIA,

ROCKDALE COUNTY

THIS LAW FIRM IS ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Under and by virtue of the Power of Sale contained in a Security Deed given by Lorenzo Sadler to Mortgage Electronic Registration Systems, Inc., dated September 3, 2003, recorded in Deed Book 2881, Page 50, Rockdale County, Georgia Records, as last transferred to Nationstar Mortgage LLC by assignment recorded in Deed Book 5188, Page 239, Rockdale County, Georgia Records,conveying the after-described property to secure a Note in the original principal amount of ONE HUNDRED SIXTY THOUSAND AND 0/100 DOLLARS ($160,000.00), with interest thereon as set forth therein, there will be sold at public outcry to the highest bidder for cash before the courthouse door of Rockdale County, Georgia within the legal hours of sale on the first Tuesday in September, 2012, the following described property: SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

The debt secured by said Security Deed has been and is hereby declared due because of, among other possible events of default, failure to pay the indebtedness as and when due and in the manner provided in the Note and Security Deed. The debt remaining in default, this sale will be made for the purpose of paying the same and all expenses of this sale, as provided in Security Deed and by law, including attorney's fees (notice of intent to collect attorney's fees having been given).

Said property will be sold subject to any outstanding ad valorem taxes (including taxes which are a lien, but not yet due and payable), any matters which might be disclosed by an accurate survey and inspection of the property, any assessments, liens, encumbrances, zoning ordinances, restrictions, covenants, and matters of record superior to the Security Deed first set out above.

8/17/12          NOTICE OF SALE UNDER POWER GEORGIA, ROCKDALE COUNTY THIS LAW FIRM IS ACTING AS A DE...

The entity that has full authority to negotiate, amend, and modify all terms of the mortgage with the debtor is: NationStar Mortgage LLC, 350 Highland Drive, Lewisville, TX 75067, 888-850-9398x3705. Please understand that the secured creditor is not required by law to negotiate, amend, or modify the terms of the mortgage instrument.

To the best knowledge and belief of the undersigned, the party in possession of the property is Lorenzo Sadler or a tenant or tenants and said property is more commonly known as 1036 Falls Brooke Dr, Conyers, Georgia 30094.

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the security deed. This law firm is seeking solely to foreclose the creditor's lien on real estate and this law firm will not be seeking a personal money judgment against you. Nationstar Mortgage LLC as Attorney in Fact for Lorenzo Sadler McCalla Raymer, LLC 1544 Old Alabama Road Roswell, Georgia 30076 www.foreclosurehotline.net MR/sju 9/4/12 Our file no. 5754812-FT15

EXHIBIT "A"

All that tract or parcel of land lying and being in Land Lot 179, 16th District, Rockdale County, Georgia, and being shown as Lot 27, The Falls at Bridgewater, Unit Two, on a plat of survey of same recorded in Plat Book 29, Page 203, public records of Rockdale County, Georgia, which Plat is by reference thereto incorporated herein and made a part hereof for a more particular and complete description. MR/sju 9/4/12 Our file no. 5754812 - FT15

950-72919, 8/9,16,23,30

© georgiapublicnotice.com 2012

Civil Action No. 2012 · CV - 2151

Date Filed August 23, 2012

Magistrate Court ☐
Superior Court ☑
State Court ☐
Georgia, Gwinnett County
Rockdale

Attorney's Address
J. C. Davis & Associates
P.O. Box 7309
Atlanta, GA 30357

Name and Address of party to be served.
Marty Stone
Six Concourse Pkwy, Suite 3200
Atlanta, GA 30328

Lorenzo & Sonya Sadler
_____ Plaintiff
VS.
Bank of America Home Loans,
et al.
_____ Defendant

_____
_____ Garnishee

## Sheriff's Entry Of Service

**Personal** ☐

I have this day served the defendant _____ personally with a copy
of the within action and summons.

**Notorious** ☐

I have this day served the defendant _____ by leaving
a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows
age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at
the residence of defendant.

**Corporation** ☑

Served the defendant _McCalla Raymer _____ a corporation
by leaving a copy of the within action and summons with _____
in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐

I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the
premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States
Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate
postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est** ☐

Diligent search made and defendant _____
not to be found in the jurisdiction of this Court.

This _____ 12 _____ day of _____ Sep _____, 20 __12__

_____
Deputy
FULTON
Gwinnett County, Georgia

Sheriff Docket_____ Page_____

White: Clerk        CANARY: Plaintiff Attorney        PINK: Defendant

SC-2 Rev.6.11

1 of 2